Francis M. Shaw d/b/a Wallingford Gas & Oil v. Alton Barrows, Admr. of the Estate of Michelle Barrows, et al. and Adirondack Bottled Gas Corporation of Hudson Falls, et al.

[359 A.2d 651]

No. 168-75

Present: Barney, C.J., Smith, Daley, Larrow and Billings, JJ.

Opinion Filed June 1, 1976

*J. Fred Carbine, Jr.*, Rutland, for Plaintiff.

*Webber and Costello*, Rutland, for Adirondack Bottled Gas Corp. of Hudson Falls, Home Gas Corp. of Housatonic, and Adirondack Bottled Gas of Fairlee, for Defendants.

**Per Curiam.** The parties in this case came to the lower court seeking a clarification and declaration of legal rights and relationships existing between them, a remedy authorized by law. See 12 V.S.A. § 4711. The purpose of a declaratory judgment is to enunciate, so far as is requested and appropriate, the rights of the parties. *Graves* v. *Town of Waitsfield*, 130 Vt. 292, 292 A.2d 247 (1972). Clarification was not forthcoming and the entitlement to declaration was not carried out. The matter must be reversed and remanded for a proper resolution of the issues because of errors in both the determination of the facts and the failure to properly apply the proper postulates of the law.

*Reversed and remanded.*